

# Fourth Court of Appeals
## San Antonio, Texas

November 20, 2018

No. 04-18-00877-CV

Angel L. **SUAREZ**,
Appellant

v.

**SAN MARCOS AIRPORT**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2018-CV-04527
Honorable Karen Crouch, Judge Presiding

# O R D E R

The trial court signed a final appealable order on September 27, 2018. Because appellant did not file a motion for new trial, motion to modify the judgment, motion for reinstatement, or request for findings of fact and conclusions of law, the notice of appeal was due to be filed on October 29, 2018. *See* TEX. R. APP. P. 26.1(a). A motion for extension of time to file the notice of appeal was due on November 12, 2018. *See* TEX. R. APP. P. 26.3.

Appellant filed his notice of appeal on November 16, 2018. "[O]nce the period for granting a motion for extension of time under Rule [26.3] has passed, a party can no longer invoke the appellate court's jurisdiction. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26). Because the notice of appeal was untimely filed, appellant is ORDERED to show cause in writing within two weeks from the date this order is signed why this appeal should not be dismissed for lack of jurisdiction. *See id*. All other appellate deadlines are suspended pending our resolution of the jurisdictional issue.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of November, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court